FILED
AUG 0 7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Christopher HENRIQUEZ,<br><br>Petitioner,<br><br>v.<br><br>Kevin CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>Respondent. | Case Number 5-12-cv-4087-EJD<br><br>DEATH-PENALTY CASE<br><br>ORDER REFERRING CAPITAL HABEAS ACTION TO SELECTION BOARD |

Petitioner Christopher Henriquez, a condemned prisoner confined to San Quentin State Prison, was convicted and sentenced to death by the Contra Costa Superior Court. He has two matters pending before the Supreme Court of California: *People v. Henriquez*, No. S089311 (Cal. filed June 2, 2000), and *In re Henriquez*, No. S204208 (Cal. filed July 23, 2012). Proceeding pro se, he initiated the present federal capital habeas action. (Doc. No. 1.)

Pursuant to Habeas Local Rule 2254-25, the Court must appoint counsel to represent Petitioner. Accordingly, this action is referred to the Court's selection board for the recommendation of qualified counsel to represent Petitioner.

The Clerk shall serve copies of this order upon Petitioner; Respondent; Michael G. Millman, Esq., Executive Director of the California Appellate Project; Margo J. Yu, Esq., Deputy Attorney General of the State of California; and Lynne S. Coffin, Esq., appointed counsel for Petitioner before the Supreme Court of California.

*It is so ordered.*

DATED: August 7, 2012

EDWARD J. DAVILA
United States District Judge

Case No. 5-12-cv-4087-EJD
ORDER REFERRING CAPITAL HABEAS ACTION TO SELECTION BOARD
(DPSAGOK)

| | |
|---|---|
| 1 | Copies of Order mailed on ___8/07/12___ to: |
| 2 | Christopher Henriquez<br>CDC # P-81961 |
| 3 | San Quentin State Prison<br>San Quentin, CA  94974 |
| 4 | |
| 5 | Acting Warden Kevin Chappell<br>San Quentin State Prison<br>San Quentin, CA  94974 |
| 6 | |
| 7 | Michael G. Millman, Esq.<br>Executive Director<br>California Appellate Project |
| 8 | 101 Second Street, Suite 600<br>San Francisco, CA  94105 |
| 9 | |
| 10 | Margo J. Yu, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000 |
| 11 | San Francisco, CA  94102-7004 |
| 12 | Lynne S. Coffin, Esq.<br>Coffin Law Group |
| 13 | 548 Market Street, #95752<br>San Francisco, CA  94104 |
| 14 | |
| 15 | George O. Kolombatovich, Esq.<br>Death Penalty Staff Attorney<br>United States District Court for the Northern District of California |
| 16 | 450 Golden Gate Avenue, Box 36060<br>San Francisco, CA  94102-3489 |
| 17 | |
| 18 | Habeas Corpus Resource Center<br>50 Fremont Street, Suite 1800<br>San Francisco, CA  94105 |
| 19 | |
| 20 | Federal Court Docketing<br>California Appellate Project<br>101 Second Street, Suite 600 |
| 21 | San Francisco, CA  94105 |

2

Case No. 3-10-cv-4179-EJD
ORDER REFERRING CAPITAL HABEAS ACTION TO SELECTION BOARD
(DPSAGOK)